STEVEN ZELKO, *ET AL.*, PETITIONERS, v. MUNICIPAL BOARD OF ALCOHOLIC BEVERAGE CONTROL OF THE TOWNSHIP OF HILLSIDE, *ET AL.*, RESPONDENTS.

*Mr. Arthur E. Dienst, Mr. Frederick W. Hock, Mr. Theodore Sager Meth* and *Mr. Robert M. Wood* for the petitioners.

*Messrs. Budd, Larner & Kent* and *Mr. Robert Diamond* for the respondents.

October 17, 1960.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ROY G. DUFFY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Brendan T. Byrne* and *Mr. Sanford M. Jaffe* for the petitioner.

*Mr. Vincent M. Mangino* and *Mr. Warren E. Dunn* for the respondents.

October 17, 1960.   Denied.